UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  8:25-cv-02726-DSF-PD                                        Date: December 23, 2025

Title  *Sergio Ramos Torres v. Kristi Noem et al.*

Present: The Honorable:   Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   **Order to Show Cause Why the Court Should Not Recommend that the Unopposed Petition Be Granted**

　　On December 9, 2025, Petitioner Sergio Ramos Torres, represented by counsel, filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241.  Dkt. No. 1.  On December 10, 2025, the Court issued an Order Requiring Response to Petition.  Dkt. No. 5.  The Order required Respondent to file a Notice of Appearance by December 13, 2025, and file a response to the Petition by December 20, 2025.  *Id.*  On December 23, 2025, Petitioner filed a Supplement and a Motion to Deem Case Submitted and to Grant Habeas Relief as Unopposed.  Dkt. Nos. 6, 7.

　　To date, Respondent has failed to file a notice of appearance or response to the Petition.  On December 10, 2025, Respondent received the Order Requiring a Response.  Respondent failed to comply with that order.

　　**The Court Hereby Orders Respondent to show cause by no later than December 29, 2025, why the Court should not recommend that the unopposed Petition be granted.**

　　IT IS SO ORDERED.