JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SERGIO RAMOS TORRES,

       Petitioner,

       v.

KRISTI NOEM, Secretary, Department of Homeland Security, et al.,

       Respondents.

Case No. 8:25-cv-02726-SSS-BFM

**JUDGMENT**

Pursuant to the Order Granting Petitioners' Habeas Petition, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted. The Clerk's Office shall close this case.

DATED: January 30, 2026

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE